### 29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

### STATE OF LOUISIANA

NO. 79,346

**FAX MEMO**

DIV. C
DIVISION " JUDGE
EMILE R. ST PIERRE

BARBARA CURTIS

VERSUS

WAL-MART STORES, INC.

FILED: _____   _____
                                   DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Barbara Curtis, an adult resident and domiciliary of the Parish of Jefferson, respectfully represents:

1.

Wal-Mart Stores, Inc., defendant is a foreign corporation doing business in the State of Louisiana.

2.

On or about October 10, 2014, Barbara Curtis, was a patron/guest/invitee of the Wal-Mart store located at 13001 U.S. Highway 90 in Boutte, Louisiana.

3.

Through no fault of her own, petitioner slipped on and/or was caused to fall by water and/or a clear liquid on the floor near the meat section which Wal-Mart either knew or should have known was on the floor.

4.

At all times material hereto, the Wal-Mart store located at 13001 U.S. Highway 90 was owned, managed, manned and supervised by Wal-Mart Stores, Inc.


EXHIBIT A

5.

Barbara Curtis' fall and ensuing injuries and damages were caused solely and proximately by the negligence, acts, omissions and want of care of Wal-Mart Stores, Inc. in the following non-exclusive particulars:

(a) Failing to discover a dangerous condition on the premises;

(b) Failing to correct an unreasonably dangerous condition on the premises;

(c) Failing to warn guests of an unreasonably dangerous condition on the premises

(d) Failing to maintain the premises in a reasonably safe condition;

(e) Allowing an unreasonably dangerous condition to exist on the premises;

(f) Disregarding the safety of those on the premises;

(g) Failing to keep equipment in a proper state of repair; and

(h) Such other acts of negligence, fault, omission or commission which shall be proven upon the trial of this cause.

6.

As a result of defendant's negligence, acts, omissions and want of care, petitioner, Barbara Curtis, suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses and permanent disability, all of which warrant an award in her favor for compensatory damages.

WHEREFORE, Barbara Curtis, petitioner, prays that Wal-Mart Stores, Inc. be served with this petition, and that after due proceedings there be judgment casting defendant unto petitioner for compensatory damages, legal interest, all costs and for all general and equitable relief.

Respectfully submitted,

D. PATRICK KEATING – BAR NO. 27825
JULIE-ANN A. DUHE'KEATING—NO. 28343
THE KEATING LAW FIRM L.L.C.
3714 Airline Drive
Metairie, Louisiana 70001
Telephone: (504) 832-2232
Facsimile: (888) 532-0856
Counsel for Petitioner

PLEASE SERVE:

WAL-MART STORES, INC.
Through their registered agent for service of process:
CT Corporation
615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808